TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00165-CR

Richard Thomas, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY

NO. 96-3216-2, HONORABLE ROBERT F. B. (SKIP) MORSE, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss the appeal is granted. See Tex. R. App. P. 42.2(a). The
appeal is dismissed.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed on Appellant's Motion

Filed: July 21, 1998

Do Not Publish